Note Changes by Court

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNY R. WESTERN,<br><br>  Plaintiff,<br><br>  vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; THE AEROSPACE CORPORATION; THE AEROSPACE CORPORATION LONG TERM DISABILITY PLAN; DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 2:16-cv-09527 JFW (ASx)<br><br>(Honorable John F. Walter)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT UNUM LIFE INSUANCE COMPANY OF AMERICA**<br><br>Complaint Filed:   December 25, 2016 |

# JUDGMENT

The Court Trial of the above-captioned case took place before this Court on March 16, 2018, the Honorable John F. Walter, District Judge presiding. Appearances for Plaintiff Lonny R. Western ("Western") and Defendant Unum Life Insurance Company of America ("Unum") were noted in the record.

After considering the information contained in the Administrative Record, the parties' respective Opening and Responsive Trial Briefs and Post-Trial Briefs, the parties' Joint Glossary of Medical Terms, the parties' respective pre- and post-trial proposed findings of fact and conclusions of law (as well as the parties' respective objections and responses thereto), the arguments of counsel, and all other matters presented to the Court, and for good cause appearing, this Court finds, based on its *de novo* review of Unum's denial of Western's claims for benefits under the subject ERISA plan and for the reasons set forth in the Court's Amended Findings of Fact and Conclusions of Law, that Western failed to establish that he is disabled and therefore entitled to further benefits under the terms of the plan. The Court also finds that Western failed to state a breach of fiduciary duty claim upon which relief can be granted. Accordingly, Judgment should be entered in favor Unum.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. That Judgment shall be entered forthwith in favor of Unum and against Western;

2. That Western be granted no relief in this action; and

3. That Unum shall be entitled to recover from Western its costs of suit incurred in this case.

DATED: July 11, 2018

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE